

FILED

MAR 27 2018

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

In the United States District Court

Northern District of Illinois Eastern Division

| | | |
|---|---|---|
| Josef Tsau<br>Plaintiff | )<br>)<br>) | Case No.: |
| Vs. | )<br>)<br>) | 1:18-cv-02203<br>Judge Edmond E. Chang |
| American Institute of Physics<br>Defendant | )<br>) | Magistrate Judge Michael T. Mason |

Complaint

Plaintiff alleges that over the past century American Institute of Physics (AIP) has been corrupted to violate the legally protected definition of science to develop and to teach something known as the mainstream-of-thought physics in the name of science but it is not science or not provable correct experimentally and religion-like. An early complaint against API in this court has been dismissed by court due to lack of a valid claim and ignored by AIP. AIP is the academic leader of physical science and its members are science professors, researchers, and teachers of universities and schools and it runs reputable scientific journals to publish R&D and science-teaching papers, which have been relied on by scientists to gain and to advance academic career and to obtain research and teaching funding from NSF, for example.

By definition science uses experimental methods to detect, study, discover, and prove all forms of matter and the phenomena matter produces. Science is to study matter experimentally and matter is the only thing detectable experimentally due to that matter particles have mass, relative motions, and take up space to collide interacting with one another to produce phenomena and with the detectors of experimental instruments to be detectable. Also, there are sufficient findings to conclude that it is also true that anything detectable experimentally are matter particles. (Natural) science in all fields based on the determinant physics or the mechanical physics strictly obeying the definition of science has long been well established to demonstrate that science offers unique interpretation to everything and as a whole it is logical, consistent, and coherent. Plaintiff's breakthrough discovery also strictly obeys the *definition of science and is consistently, coherently, and logically agreeable with the well-established* science. It discovers that the matter particles constantly produced by the nuclear reactions of all stars (non-charged protons, non-charged electrons, neutrinos, and ethers) are also the elementary particles making up all forms of matter [(protons and electrons carrying charge energy, matter having atomic and molecular structures (gravity matter), and matter having protons and electrons densely packed together (anti-gravity matter forming all kinds of stars)] and producing all universal phenomena. It brings science to an advanced understanding leaving no room for mainstream-of-thought physics except its classical quantum theory. Please visit scientificrevolution.org for more details.

U. S. law relies on science particularly its forensic science or experimental findings to discover truth and to legally protect human right for truth and therefore needs to legally protect (the definition of) science making it illegal to claim non-science as science. Supreme Court's rulings, that both Creationism and Intelligent Design are religious teachings not science since they are not provable correct experimentally,

1

proposals based on determinant-physics interpretations. It plays a major role in corrupting the entire scientific community including NSF in the past century by both teaching and publishing papers claiming that mainstream-of-thought physics has been proven correct experimentally despite that it is impossible to be true.

As the most trusted and reputable scientific organization, the long-time corruption of AIP has done great harm to the general public. As a dedicated scientist trying to save science from turning to a religion, plaintiff has particularly been harmed. His research papers and proposals have been repeatedly rejected for publications and for funding so has his scientific career been destroyed having to conduct scientific R&D alone without a job and public support. Plaintiff has written to both AIP and American Physics Society regarding their scientific mistakes and even having brought AIP to court once for the same reason but having all been ignored. Plaintiff seeks $2,000,000 U. S. Dollars for compensation and $10,000,000 punitive fund for further advance his breakthrough scientific discovery and for science re-education needs.

Josef Tsau

*Josef Tsau*

121 S. Vail Avenue Unit # 201, Arlington Heights, IL 60005
Phone: 847-749-4022; Email: jtsau@comcast.net