UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JOSEF TSAU, | ) | |
| | ) | |
| Plaintiff, | ) | No. 18 C 02203 |
| | ) | |
| v. | ) | |
| | ) | Judge Edmond E. Chang |
| AMERICAN INSTITUTE OF PHYSICS, | ) | |
| | ) | |
| Defendant. | ) | |

ORDER

This suit is Josef Tsau's second one in three years against the same defendant, the American Institute of Physics. The prior case was dismissed for lack of subject matter jurisdiction because Tsau sought to force the Institute to accept certain scientific principles. Case No. 15 C 4502, R. 11. In this new case, Tsau once again alleges that he made a "breakthrough discovery," R. 1 at 1, and again seeks (as far as can be discerned) to have the Institute pay him because it has not published his papers, R. 1 at 1, 2.

The Institute has moved to dismiss for lack of subject matter jurisdiction. R. 11. Tsau has responded. R. 17. Even read expansively, as befitting *pro se* filings, the complaint and Tsau's response fail to engage subject matter jurisdiction. There is no allegation that would present a federal question. Tsau's response mentions "federal law" but does not identify one, R. 17 at 3, and refers to the First Amendment, *id.*, but there is no governmental entity in this suit. (Tsau has filed other unsuccessful suits against the National Science Foundation, Case Nos. 2000 C 00006, 2004 C 05634, and 2010 C 06323.) The response also refers to diversity jurisdiction, R. 17 at 3, but there is no state law claim advanced. And, ultimately, Tsau does not have standing because there is nothing that this Court can do to redress the harm, namely, the refusal to adopt his scientific theories. Lastly, Tsau has no response to the Institute's argument that there is no personal jurisdiction over the Institute in this District.

1

The complaint is dismissed for lack of jurisdiction. Ordinarily, a plaintiff would be given leave to amend, but in light of the prior lawsuit against the Institute, and in light of the jurisdiction-based rationale for the decision, no leave to amend will be granted. Final judgment will be entered. The status hearing of June 8, 2018, is vacated.

ENTERED:

       s/Edmond E. Chang
Honorable Edmond E. Chang
United States District Judge

DATE: June 7, 2018